UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH M. BOND,
    Plaintiff,

v.    CASE NO. 3:10CV1374(AWT)

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## NOTICE AND ORDER

More than 120 days have elapsed since the complaint was filed but the plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to file a memorandum on or before July 18, 2011 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 6th day of July, 2011.

                    _____/s/_____
                    Donna F. Martinez
                    United States Magistrate Judge